PROB 12C
(6/16)

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 24 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Rebecca Lynn Charles     Case Number: 0980 1:17CR02009-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 13, 2017

| | | |
|---|---|---|
| Original Offense: | Assault on Federal Officer, 18 U.S.C. § 111(a)(1) and (b) | |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: March 7, 2018 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: March 6, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Rebecca Charles violated the terms of her supervised release by being arrested for malicious mischief on or about April 11, 2019.<br><br>On March 7, 2018, supervision commenced in this matter. On March 26, 2018, Ms. Charles reported to the U.S. Probation Office for the purpose of a supervision intake. Ms. Charles signed a copy of her judgment, indicating as acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 1, noted above.<br><br>On April 11, 2019, Ms. Charles was arrested by Yakama Nation Police Department for Malicious Mischief/Vandalism, in violation of RYC 10.01.107. The incident report indicated that on April 11, 2019, officers of the Yakama Nation Police Department reported to a location in Toppenish, Washington. The victim reported that a female, later identified as Rebecca Charles, was hitting the victim's vehicle with a plastic pipe and kicking the vehicle. |

The victim advised that she was driving east on Larue Road when she observed Ms. Charles in the middle of the roadway. The victim advised she had to come to a stop to prevent from striking Ms. Charles with her vehicle. The victim rolled down her window to see what Ms. Charles wanted. Ms. Charles asked for a "couple bucks," however, the victim replied "no." Ms. Charles then began to pull on the front right passenger door handle trying to open it, but it was locked. Ms. Charles then began kicking the door. Ms. Charles retrieved a pipe and began hitting the driver side door and windows.

Ms. Charles was last seen at a homeless camp near the location of the incident. She was located in a make shift hut at the homeless camp and positively identified by the victim.

Ms. Charles was taken into custody and cited for malicious mischief.

6     **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Rebecca Charles violated the terms of her supervised release by having contact with a known felon and/or someone engaged in criminal activity on or about April 11, 2019.

On March 7, 2018, supervision commenced in this matter. On March 26, 2018, Ms. Charles reported to the U.S. Probation Office for the purpose of a supervision intake. Ms. Charles signed a copy of her judgment, indicating as acknowledgment and understanding of the conditions imposed by the Court, which included standard condition number 8, noted above.

On April 11, 2019, Ms. Charles was arrested by the Yakama Nation Police Department for Malicious Mischief/Vandalism, in violation of RYC 10.01.107, as noted above under violation number 5.

Ms. Charles was located by the Yakama Nation Police Department in a make shift hut at a homeless camp and positively identified by the victim. When officers began to question Ms. Charles, she spontaneously stated that she had a federal warrant for her arrest. Ms. Charles was detained and the warrant was confirmed. Ms. Charles was described as "hysterical" and kept mentioning the name "Job" and that it was all his fault. Officers were able to identify "Job" as Job Thompson. Mr. Thompson was located in the same hut as Ms. Charles. Mr. Thompson was discovered to have an active Washington State Department of Corrections warrant. Mr. Thompson's criminal history includes: unlawful residential burglary, fourth degree assault, protection order violations, second degree burglary, second degree arson, bail jumping and resisting arrest.

Prob12C
Re: Charles, Rebecca Lynn
April 23, 2019
Page 3

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 23, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

4/24/19
Date