PROB 12C
(6/16)

Report Date: August 27, 2019

## United States District Court

**FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

Eastern District of Washington

**AUG 27 2019**

Petition for Warrant or Summons for Offender Under Supervision

**SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON**

| | |
|---|---|
| Name of Offender: Rebecca Lynn Charles | Case Number: 0980 1:17CR02009-LRS-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 13, 2017

| | | |
|---|---|---|
| Original Offense: | Assault on Federal Office, 18 U.S.C. § 111(a)(1) and (b) | |
| Original Sentence: | Prison - 12 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 2, 2019 | Prison- 4-months;<br>TSR -32 months | |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: August 16, 2019 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: April 15, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number

Nature of Noncompliance

1

**Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Charles is considered to be in violation of her conditions of supervised release by failing to report to the U.S. Probation office on August 19, 21, and 26, 2019.

Ms. Charles' conditions were reviewed with her on August 16, 2019. She signed her conditions acknowledging an understanding which included standard condition number 2 as noted above.

Ms. Charles reported to the U.S. Probation office on August 16, 2019, commencing her term of supervised release. During the initial meeting this officer directed Ms. Charles to report

Prob12C
Re: Charles, Rebecca Lynn
August 27, 2019
Page 2

to the probation office on August 19, 2019, Ms. Charles failed to report as directed. The defendant contacted the undersign on August 20, 2019, who reported a new phone number and address. During the telephone contact, this officer directed the defendant to report to the probation office on August 21, 2019, the defendant failed to report as directed.

August 22, 2019, this officer sent the defendant a text message directing her to report via telephone contact. The defendant acknowledged receipt of message by sending the undersign a text message requesting to be placed in treatment. The ensuing day, this officer conducted a home visit at the address provided but was unable to contact Ms. Charles as the property was surrounded by fencing and a locked gate. This officer sent the defendant a text message directing her to report on August 26, 2019, the defendant failed to report on this date as well.

August 27, 2019 the defendant reported unscheduled to the U.S. Probation office. The defendant signed an admission of use form reporting methamphetamine, alcohol, and marijuana use. Given the defendants lack of reporting as directed and admission of use, this officer is concerned about Ms. Charles future compliance reporting.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 27, 2019

s/ Nicholas A. Bazan

Nick Bazan

U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/27/19
Date