Report Date: October 8, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rebecca Lynn Charles      Case Number: 0980 1:17CR02009-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 13, 2017

| | | |
|---|---|---|
| Original Offense: | Assault on Federal Office, 18 U.S.C. § 111(a)(1) and (b) | |
| Original Sentence: | Prison - 12 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 2, 2019 | Prison- 4-months;<br>TSR -32 months | |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: August 16, 2019 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: April 15, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on August 27, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number      Nature of Noncompliance

2      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

     **Supporting Evidence**: Ms. Charles is alleged to have assaulted another individual in violation of Revised Code of Washington (RCW) 9A.36.041.

     Ms. Charles' conditions were reviewed with her on August 16, 2019. She signed her conditions acknowledging an understanding which included mandatory condition number 1 as noted above.

     According to staff at the Yakima County Department of Corrections, the following occurred: on October 8, 2019, at approximately 10:30 a.m., Ms. Charles and another inmate took the victim into the bathroom. Ms. Charles and another inmate assaulted the victim and told her to "roll up." When the victim did not "roll up," Ms. Charles punched the victim in the face.

The assault was recorded by jail surveillance cameras. At the time this petition was written official reports from Yakima County Department of Corrections had not been received.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on August 27, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 8, 2019

s/Phil Casey

Phil Casey

U.S. Probation Officer

THE COURT ORDERS

[ ] No Action

[ ] The Issuance of a Warrant

[ ] The Issuance of a Summons

[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ] Defendant to appear before the Judge assigned to the case.

[✓] Defendant to appear before the Magistrate Judge.

[ ] Other

Signature of Judicial Officer

10/09/2019

Date